**No. 40880.**—Protest 700065–G of Scaramelli & Co. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protest was sustained.

BEFORE THE FIRST DIVISION, MARCH 22, 1939

**No. 40881.**—Protest 877690–G of International Trading Corp. (Boston).

Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise consists of teak squares the same as those passed upon in *Mitsui* v. *United States* (T. D. 47761).   The protest was therefore sustained.

**No. 40882.**—Protest 907704–G (A) of Hammond Cedar Co., Ltd. (New York).

Opinion by McCLELLAND, P. J.   On the authority of *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640) it was held that the tax should have been taken on the basis of the actual board measurement imported.

**No. 40883.**—Protest 951798–G of Ichabod T. Williams & Sons (New York).

Opinion by McCLELLAND, P. J.   In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the claim for entry free of the tax in question was sustained as to merchandise measuring 6 inches by 6 inches or over in cross section, but not less than 6 inches on any one side.

**No. 40884.**—Protest 753170–G of Kwong Yuen & Co. (New York).

Opinion by McCLELLAND, P. J.   It was stipulated that the merchandise consists of carved wooden stands imported with various ornamental articles.   On the authority of *Kwong* v. *United States* (T. D. 49409) they were held dutiable at 33⅓ percent under paragraph 412 as claimed.